# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00281-CV

**David E. Jones, Appellant**

**v.**

**Jessica L. Jones, Appellee**

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-13-001139, THE HONORABLE GISELA D. TRIANA, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due July 9, 2018. On appellant's motion, the time for filing was extended to October 8, 2018. Appellant has now filed a third motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than November 8, 2018. No further extension of time will be granted and failure to comply with this order may result in dismissal of this appeal. *See* Tex. R. App. P. 38.8(a), 42.3(b).

It is ordered on October 19, 2018.

Before Chief Justice Rose, Justices Field and Toth